**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SCHOENFELD, | NO. CV 09-8563-DMG (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN MARSHALL, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 31, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE